IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

_____

WILLIAM H. MCDERMOTT,

        Plaintiff,

                              Civ. Action No.
                              5:02-CV-0607 (NAM/DEP)

   vs.

GREAT AMERICAN ALLIANCE
 INSURANCE CO.,

        Defendant.

_____

| APPEARANCES: | OF COUNSEL: |
|---|---|
| FOR PLAINTIFF: | |
| Office of William S. Andrews<br>217 South Salina Street<br>Sixth Floor<br>Syracuse, NY 13202 | WILLIAM S. ANDREWS, ESQ. |
| FOR DEFENDANT: | |
| BOEGGEMAN, GEORGE LAW FIRM<br>46 Columbia Street<br>Albany, NY 12207 | GEORGE S. HODGES, ESQ. |
| FORAN, GLENNON LAW FIRM<br>150 South Wacker Drive<br>11th Floor<br>Chicago, IL 60606 | THOMAS B. ORLANDO, ESQ. |

DAVID E. PEEBLES
U.S. MAGISTRATE JUDGE

ORDER

Currently pending before the court in connection with this action are cross motions of the parties.  The process was initiated by defendant's filing of a motion seeking leave to amend its answer to assert an affirmative defense based upon an appraisal mechanism set forth in the applicable insurance agreement, and to stay this litigation pending completion of that appraisal process.  Dkt. No. 41.  In addition to opposing that motion, plaintiff has cross-moved seeking leave to amend his complaint to reflect changed circumstances since the commencement of the action, including revisions to damage figures and to reflect payments made by the defendant.  Dkt. No. 44.  Defendant does not oppose plaintiff's motion.

Oral argument was heard in connection with the parties' cross motions on February 8, 2006.  At the close of argument I issued an oral decision, which is incorporated herein by reference, denying defendant's motion and granting plaintiff's cross motion.  Based upon the foregoing, and for the reasons set forth in the court's bench decision, it is hereby

ORDERED as follows:

1)   Defendant's motion for extension of the deadline for

amendment of pleadings set forth in the court's Uniform Pretrial Scheduling Order issued on September 16, 2002 (Dkt. No. 10), and for leave to amend its answer and to stay these proceedings (Dkt. No. 41) is hereby DENIED.

2) Plaintiff's cross motion for leave to amend his complaint to conform to the evidence and reflect developments since commencement of suit (Dkt. No. 44) is GRANTED.

3) The clerk is directed to promptly forward copies of this order electronically.

/s/ David E. Peebles
David E. Peebles
U.S. Magistrate Judge

Dated: February 8, 2006
       Syracuse, NY

3