UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

WILLIAM McDERMOTT

             Plaintiff,

vs.

GREAT AMERICAN ALLIANCE
INSURANCE CO., Formerly AMERICAN
ALLIANCE INSURANCE CO.,

             Defendant.

**STIPULATION
OF DISMISSAL**

No. 5:02-CV-0607 NAM/DEP

---

The above matter having been resolved in its entirety by Agreement between the parties,

it is hereby stipulated and agreed by the parties hereto and their respective attorneys, that this

action be and the same hereby is discontinued, with prejudice, without costs or disbursements to

either side.

Dated:    June 2_ , 2006

William McDermott
Plaintiff

 

William S. Andrews
615 Allen Street
Syracuse, NY 13210
315.471.2413

Attorney of Record for Plaintiff

Thomas B. Orlando
Foran Glennon Palandech & Ponzi PC
150 South Wacker Drive, Suite 1100
Chicago, IL 60606
312.863.5000

George S. Hodges
Boeggeman, George, Hodges & Corde, P.C.
11 Martine Avenue
White Plains, NY 10606
914.761.2252

Attorneys for Defendants
Great American Alliance Insurance Co.,
Formerly American Alliance Insurance
Company

So Ordered:

Magistrate Judge David E. Peebles